IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-597-MOC-DCK

| | |
|---|---|
| RUFINA VEGA ONTIVEROS, Administratrix of the Estate of BERNARDO CABRERA ONTIVEROS, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** <br>) |
| SSC CHARLOTTE SHAMROCK OPERATING COMPANY LLC D/B/A BRIAN CENTER NURSING CARE/SHAMROCK, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Gary S. Hemric, filed a "Certification Of Mediation Session" (Document No. 14) notifying the Court that the parties reached a settlement on February 10, 2016. The Court commends the parties and Mr. Hemric for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **March 21, 2016**.

Signed: February 22, 2016

David C. Keesler
United States Magistrate Judge